FILED
COURT OF COMMON PLEAS
NOV 24 2025
JILL FANKHAUSER, Clerk
PORTAGE COUNTY, OH

IN THE COURT OF COMMON PLEAS

PORTAGE COUNTY, OHIO

| | | |
|---|---|---|
| JUAN M MITCHELL<br>159 NORTH MAIN ST #1006<br>AKRON, OH 44307<br><br>Plaintiff,<br><br>v.<br><br>KENT STATE UNIVERSITY<br><br>P.O. BOX 5190<br>KENT, OHIO 44242<br>Defendant,<br><br>RE: 810528228 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.<br><br>**2025CV01030**<br><br>JUDGE:   **JUDGE LAURIE J. PITTMAN** |

**COMPLAINT**

**FOR BREACH OF CONTRACT, NEGLIGENCE, AND VIOLATIONS OF THE OHIO CONSUMER SALES PRACTICES ACT**

Plaintiff, Juan Mitchell, for his Complaint against Defendant, Kent State University, states as follows:

**PARTIES**

1. Plaintiff Juan Mitchell is and was at all relevant times a resident of Summit, Ohio, and a student at Kent State University.

GOVERNMENT EXHIBIT D

2. Defendant Kent State University is a public university in Kent, Ohio, doing business in Portage County and throughout the State of Ohio.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to Ohio Revised Code §§ 2305.01 and 1345.04. Venue is proper in this Court because the events giving rise to these claims occurred in Portage County.

## FACTUAL ALLEGATIONS

4. Plaintiff has been enrolled at Kent State University since 2011. In October 2014, Plaintiff was convicted in Cuyahoga County for fraud relating to federal student loans not associated with Kent State University. Plaintiff completed his sentence, including payment of restitution to the U.S. Department of Education in the amount of $21,722.78. Journal entry is marked hereto as exhibit "1" and is incorporated by reference. Cuyahoga County restitution records are attached hereto as exhibit "2" and incorporated by reference.

5. In January 2025, Plaintiff was accepted for readmission to Kent State University. Plaintiff applied for federal student aid for the Spring 2025 semester.

6. Due to the prior conviction, flags remained on Plaintiff's federal financial aid account, requiring verification of satisfaction of the restitution and other requirements.

7. Plaintiff provided all required documentation, including written verification from the U.S. Department of Education confirming satisfaction of the federal student aid debt and eligibility to receive Title IV federal student financial assistance. Department of Education letters are attached hereto as exhibit "3" and "4" and are incorporated by reference.

8. Plaintiff communicated and cooperated extensively with Kent State's financial aid office, including Financial Aid Counselor Camille Barber, who acknowledged that the Department of Education and its Debt Management and Collections System had repeatedly confirmed Plaintiff's eligibility for federal aid. Camille Barber emails are attached hereto as exhibit "5" and is incorporated by reference.

9. Despite confirmation from the Department of Education and internal acknowledgement of Plaintiff's eligibility, Kent State University, through its Director of Financial Aid, Sylvia Bustard, refused to process Plaintiff's financial aid application and award, citing dissatisfaction with the documentation provided.

10. The Department of Education has certified in writing and verbally that the fraud flags on Plaintiff's account are inaccurate and instructed Kent State University to proceed with the processing of Plaintiff's financial aid.

11. As a result of Defendant's refusal, Plaintiff is at risk of having his classes dropped, losing academic progress, and suffering severe educational, financial, and emotional harm.

## FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT

12. Plaintiff realleges and incorporates by reference the preceding paragraphs.

13. Defendant has published policies and procedures, which includes offer, acceptance and consideration, acting as a contract between it and it's students. Plaintiff entered into a contractual relationship with Defendant by enrolling at Kent State University and fulfilling all requirements for financial aid eligibility as set forth in Defendant's student policies and federal regulations.

2

14. Defendant breached its contractual obligations by refusing to process Plaintiff's financial aid and failing to adhere to the Department of Education's guidance and its own published procedures.

15. As a direct result of Defendant's breach, Plaintiff has suffered and will continue to suffer damages, including but not limited to potential loss of enrollment, tuition liability, and associated costs.

## SECOND CLAIM FOR RELIEF – NEGLIGENCE

12. Plaintiff realleges and incorporates by reference the preceding paragraphs.

13. Defendant owed Plaintiff a duty to exercise reasonable care in processing financial aid applications in compliance with federal and state standards and to avoid arbitrary and capricious decision-making.

14. Defendant breached its duty by failing to follow clear Department of Education instructions, by refusing to accept valid documentation, and by causing delay and confusion in the financial aid process.

15. Defendant's breach was the direct and proximate cause of Plaintiff's injuries, including loss of aid, risk of disenrollment, and emotional distress.

## THIRD CLAIM FOR RELIEF – VIOLATIONS OF THE OHIO CONSUMER SALES PRACTICES ACT (O.R.C. 1345.01 et seq.)

4

16. Plaintiff realleges and incorporates by reference the preceding paragraphs.

17. Defendant, in the course of its business as a provider of educational services, engaged in unfair, deceptive, and unconscionable acts and practices by misrepresenting Plaintiff's eligibility for financial aid, failing to adhere to published policies, and disregarding federal guidance.

18. Defendant's actions constitute violations of the Ohio Consumer Sales Practices Act, entitling Plaintiff to statutory damages, actual damages, attorneys' fees, and other relief.

WHEREFORE, Plaintiff, prays for judgment against the Defendant, pursuant to Count I, II and III in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and punitive damages together with interest and costs incurred herein, Plaintiff, further prays for the Court to Order Defendant to process Plaintiff's financial aid application in accordance with federal and state law and any other relief which the Court deems appropriate.

Respectfully submitted,

Juan Mitchell
159 South Main st #1006
Akron, OH 44307

### JURY TRIAL DEMAND

*Plaintiff requests a trial by jury on the within causes of action.*

96111705

Ex 1

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
Plaintiff

JUAN MITCHELL
Defendant

Case No: CR-15-593948-A

Judge: JOSEPH D RUSSO

INDICT: 2913.49 IDENTITY FRAUD
2913.49 IDENTITY FRAUD
2913.49 IDENTITY FRAUD
ADDITIONAL COUNTS...

## JOURNAL ENTRY

DEFENDANT IN COURT. DEFENDANT INDIGENT; ATTORNEY RICHARD A NEFF ASSIGNED AND PRESENT.
PROBATION OFFICER(S) MIGUEL A. QUINONES PRESENT.
COURT REPORTER SUSAN M OTTOGALLI PRESENT.
DEFENDANT, JUAN MITCHELL, IN OPEN COURT REPRESENTED BY COUNSEL FOR HEARING ON ALLEGED VIOLATION OF COMMUNITY CONTROL SANCTIONS.
HEARING HAD.
COURT FINDS DEFENDANT, JUAN MITCHELL, TO BE IN VIOLATION OF COMMUNITY CONTROL SANCTIONS.
DEFENDANT'S COMMUNITY CONTROL SANCTION(S) IN THIS CASE IS/ARE TERMINATED.
IT IS THEREFORE, ORDERED THAT SAID DEFENDANT, JUAN MITCHELL, IS NOW SENTENCED TO THE LORAIN CORRECTIONAL INSTITUTION FOR A TERM OF 12 MONTH(S).
12 MONTHS ON EACH COUNT, COUNTS TO RUN CONCURRENT WITH EACH OTHER.
JAIL CREDIT OF 9 DAYS TO DATE, PLUS ANY DAYS UNTIL THE DEFENDANT LEAVES FOR THE INSTITUTION.
POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR UP TO 3 YEARS FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER.
THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION.
RESTITUTION ORDERED IN THE AMOUNT OF $21,722.78 TO THE U.S. DEPARTMENT OF EDUCATION; PAYABLE THROUGH THE PROBATION DEPARTMENT.
DEFENDANT TO PAY FEES.
DEFENDANT REMANDED.
SHERIFF ORDERED TO TRANSPORT DEFENDANT JUAN MITCHELL, DOB: 04/25/1991, GENDER: MALE, RACE: BLACK.

10/17/2016
CPEDB 10/18/2016 09:56:43

Judge Signature     10/18/2016

HEAR
10/17/2016

RECEIVED FOR FILING
10/18/2016 15:34:46
NAILAH K. BYRD, CLERK

Page 1 of 1

# CUYAHOGA COUNTY COURT OF COMMON PLEAS
## Probationer Statement

| | |
|---|---|
| DATE: 7/14/2025 | PAGE: 1 |
| TIME: 10:26 AM | CMSR706 |

Ex 2

13585337    MITCHELL/JUAN/

CR15593948-A    Judge: RUSSO/JOSEPH/D

| Cost Type | Amount Owed | Paid | Written Off | Balance Due |
|---|---|---|---|---|
| Supervision | 1200.00 | 0.00 | 0.00 | 1200.00 |
| Restitution | 21722.78 | 21722.78 | 0.00 | 0.00 |

Total Balance Due
1200.00

| Issued | Type | Check Nbr | Name | Case | CVS | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/27/2025 | CHCK | 392271 | US DEPT OF EDUCATION OCI | CR15593948-A | C | 06/10/2025 | 21,672.78 |
| 10/16/2015 | CHCK | 333065 | US DEPT OF EDUCATION OCI | CR15593948-A | C | 11/18/2015 | 50.00 |

PROWARE 1997 - 2025 U10.3

The defendant Juan Mitchell has paid his Restitution in full As of 5-15-25. The above checks Represent payment in full, $21,722.78. Any Questions please call Michelle Kozak @ Cuyahoga County Adult Probation or email me 216-443-7932 or cpmlc@cuyahogacounty.g[...]

Thx Michelle Kozak
Head Cashier
Adult Probation
Department



Ex 3

September 23, 2025

Account Number 1022860334
Social Security Number. XXX-XX-5744
Borrower Name: JUAN M MITCHELL

Dear Borrower:

This notice serves as written verification that the defaulted student aid debt owed to the Department and payable to the National Payment Center has been settled or transferred to another agency. No further payments are owed to the Department's Default Resolution Group. The debts listed below have been settled for the reasons noted.

| Debt ID | Status |
|---------|--------|
| 25861752 | Paid in full |
| 25861756 | Paid in full |
| 25861778 | Paid in full |
| 25861817 | Paid in full |
| 25861821 | Paid in full |
| 38105051 | Paid in full |
| 38105052 | Paid in full |

This notice pertains only to the defaulted student aid debt held by the Department and payable to the National Payment Center as of the date of this notice. It does not pertain to any other obligations held by other agencies, schools, or institutions (including banks and lending institutions), or to loans currently held by the William D. Ford Direct Loan Program. If you have received a notice of proposed offset from a guaranty agency acting on behalf of the Department, this letter does not apply to that notice.

If the Department has reported your defaulted student aid debt to credit bureaus, the credit bureaus will be notified that the account is closed.

The defaulted student aid debt held by the Department and payable to the National Payment Center should no longer prevent you from receiving Title IV federal student financial assistance.



Page 2

For further information, you should contact the Department's Default Resolution Group at 1-800-621-3115 (TTY: 1-877-825-9923).

               Sincerely,

               Default Resolution Group
               Servicing Center



Ex 4

October 14, 2025

Account Number 1022860334
Social Security Number. XXX-XX-5744
Borrower Name: JUAN M MITCHELL

To Whom It May Concern:

The U.S. Department of Education is aware of discrepancies between loan statuses as displayed in NSLDS and as established in the loan holder's system of record. The Department is working to resolve this problem, but in the interim financial aid administrators should adhere to the guidance set forth in the Dear Colleague Letter GEN-96-13, Q&A #37 (published July, 1996), which reads:

Q: Must the school make certain that any default statuses or other negative information in the NSLDS be cleared in the NSLDS before it can disburse Title IV student aid?

A: No, if the school can document that the student is eligible for Title IV aid despite such negative information contained in the NSLDS, it may award and disburse aid. An example would be if the NSLDS Financial Aid History page of the SAR or ISIR shows that the student has a defaulted loan, but the school has obtained documentation from the holder of the loan that the borrower had made "satisfactory arrangements to repay." This guidance is consistent with current requirements regarding the resolution of problems reported to a school by the CPS on a SAR or ISIR.

The complete text of any Dear Colleague Letter can be accessed on the Internet at ifap.ed.gov, and financial aid administrators may call the Department's Default Resolution Group at 1-800-621-3115 (TTY: 1-877-825-9923) for confirmation of this policy.

Sincerely,

Default Resolution Group
Servicing Center



Outlook

Ex 5

## Re: Fraud/default issues

**From** Barber, Cami <cbaird@kent.edu>
on behalf of
Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Date** Thu 10/16/2025 8:52 AM
**To** Mitchell, Juan <jmitch42@kent.edu>

Alright, here is where we stand:

The Dept of Ed has cleared you of the issues on their end and says you can be awarded.

You are currently an exploratory pre-major with no path declared, and you have run past the allowed time for that status. Check all your emails and Flashline; you will need to follow the university policies to meet with an advisor and declare a major. Because of the issues in the past with the fraud markers, they may begin asking you to provide ID at each transaction, especially the financial aid ones. Be ready with University ID and driver's/state license.

I think we've reached the end of what I can personally do to help in this process, but feel free to contact me again with any questions or issues that arise. I will do my best to look into them with you.

I hope this will lead you to a degree and a path forward. Right?

-Camille Barber
Financial Aid Counselor

---

**From:** Juan Mitchell <jmitch42@kent.edu>
**Sent:** Tuesday, October 14, 2025 2:50 PM
**To:** Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Subject:** Re: Fraud/default issues

(202) 205-4601

> On Oct 14, 2025, at 2:49 PM, Financial Aid NSLDS <FinaidNSLDS@kent.edu> wrote:
>
> Which number did you call?

**From:** Juan Mitchell <jmitch42@kent.edu>
**Sent:** Tuesday, October 14, 2025 2:48 PM
**To:** Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Subject:** Re: Fraud/default issues

It's telling me the government is shutdown and to leave a message

> On Oct 14, 2025, at 2:41 PM, Financial Aid NSLDS <FinaidNSLDS@kent.edu> wrote:

Can you get through on either of those numbers? They both come up as out of service for me.

---

**From:** Mitchell, Juan <jmitch42@kent.edu>
**Sent:** Tuesday, October 14, 2025 2:37 PM
**To:** Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Subject:** Re: Fraud/default issues

202-205-4601 Amar kaur

415-486-5601

---

**From:** Barber, Cami <cbaird@kent.edu> on behalf of Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Sent:** Tuesday, October 14, 2025 2:25 PM
**To:** Mitchell, Juan <jmitch42@kent.edu>
**Subject:** Re: Fraud/default issues

I just got the letter you sent over. This is great for the loans, and it may work for the fraudulent Pell as well, but people are being EXTREMELY picky about this. Your letter does not mention Pell and I have a feeling I am going to be told no again. I tried to call the number you gave me and it says it is out of service. Can you please check the number? I will email as well.
I am forwarding the Dept of Ed letter to my higher ups. We really need something that verifies the fraud charge has been cleared, specifically. If I can get a verbal clearance ok from the number/email you have provided, we will be good to go. Thank you!

---

**From:** Juan Mitchell <jmitch42@kent.edu>

**Sent:** Wednesday, October 8, 2025 5:33 PM
**To:** Financial Aid NSLDS <FinaidNSLDS@kent.edu>
**Subject:** Re: Fraud/default issues

I was able to get a number for someone in the department of education that they said the school would need to speak to.
Amar kaur
2022054601
amar.kaur@ed.gov

Juan Mitchell

Sent from my iPhone

> On Oct 8, 2025, at 3:21 PM, Financial Aid NSLDS <FinaidNSLDS@kent.edu> wrote:
>
> Hello,
> We wanted to reach out to update you on your accounts so you are aware of what we are trying to accomplish for you. Originally, we received multiple issue markers from the Dept of Ed on your previous loans and Pell Grants. Here is where we stand currently:
>
> Your defaults have been cleared via the letter you submitted. We confirmed these with the Debt Management and Collections System (DMCS) and cleared your account for awarding.
> HOWEVER:
> There was also a Pell Overpayment/Fraud flag on your account. DMCS has repeatedly said this is clear on their end. The problem is that regulations forbid awarding until the fraud flag is removed from NSLDS and subsequently reported as clear to the school. Both NSLDS and DMCS have been giving us mixed messages that indicate this will not happen in a timely fashion. First they both say it will take 90 days to clear. Then they each say they are not the ones that clear the fraud flags at all (but there is no-one else who would).
>
> What can be done:
> I have personally reached out to the original school who awarded the Pell, the NSLDS system, and the DMCS system, multiple times. I am waiting on calls back, and will

keep calling. I am trying to get two things:
1) A letter of clearance from someone saying your fraud marker is cleared, in writing
2) Someone to push through the updates before the end of the semester

There may not be anything we can do but wait, so I wanted to make you aware of the situation. If this does not process in time, you will not be awarded Pell Grants or Loans before the end of the semester. You may want to consider other aid options.
I highly encourage you to contact the Dept of Ed Debt Management, and any other places you may have talked to previously about the fraud claim on your Pell Grant overpayment from 2013. We need to figure out who can prove it is cleared and push it through the system.

Thank you for your patience as we navigate this together. Please reach out any time with questions.

Sincerely,
Camille Barber
Financial Aid Counselor

 Outlook

---

**Financial Aid**

From Barber, Cami <cbaird@kent.edu>
Date Wed 11/5/2025 2:57 PM
To  Mitchell, Juan <jmitch42@kent.edu>

I got your latest response but unfortunately I have been removed as the counselor from your account. Please be on the lookout for responses from other administrators on this issue.

**Camille Barber**
Financial Aid Counselor
University Scholarships & Financial Aid



Direct: 330-672-9551

**Check out this website to learn more about the 2026-2027 FAFSA and tips to apply!**
*https://www.kent.edu/fbe-center/fafsa*
**CONTACT FINANCIAL, BILLING & ENROLLMENT CENTER!**
Hours of Operation 9:00am-5:00pm
Monday-Friday
Location: Second Floor, University Library, Kent Campus
Website: https://www.kent.edu/fbe-center